RECEIVED
CHARLOTTE, N.C.
JUL 31 2007
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07Cr127-C |
| | ) | |
| v. | ) | **ORDER UNSEALING INDICTMENT** |
| | ) | |
| JECOBE ANTWAN FLOYD | ) | |

**UPON MOTION** of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the Bill of Indictment in the above-captioned case be unsealed.

This the 6th day of ~~July~~ August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE